IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**DANIEL WHITTED,**

    **Plaintiff,**

**v.**                                                    Case No. 3:24-cv-493-AW-HTC

**FLORIDA DEPARTMENT OF
CORRECTIONS, OKALOOSA
COUNTY JAIL,**

    **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having carefully considered the matter, I now adopt the report and recommendation (ECF No. 3) and incorporate it into this order. Plaintiff's claims are frivolous and delusional, and there is no point in allowing an amendment. I reach this conclusion after considering Plaintiff's objections (ECF No. 7) and considering the entire matter de novo. The case will be dismissed.

The motions for leave to proceed in forma pauperis, ECF Nos. 4, 6, & 8, are DENIED as moot. The motion for appointed counsel (ECF No. 5) is DENIED. Plaintiff has no statutory or constitutional right to counsel in this circumstance, and because the claims are frivolous and delusional, I conclude as a discretionary matter that no appointment of counsel is warranted.

The clerk will enter a judgment that says, "This case is dismissed as frivolous pursuant to 28 U.S.C. §§ 1915A(b)(1) and 1915(e)(2)(B)." The clerk will then close the file.

SO ORDERED on November 15, 2024.

s/ *Allen Winsor*
United States District Judge

2